IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | MJ 22-     -BU-KLD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CODY SCOTT SHULER, | |
| Defendant. | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint, Affidavit, and Warrant, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Information and Indictment by any defendant related to this investigation, and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 11th day of February, 2022.

Kathleen L. DeSoto
United States Magistrate Judge

1